# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JAN 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA   )
                           )
vs.                        )   Docket Number: CR 06-00701-1 CW
                           )
Michael L. Black           )
                           )

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____March 5, 2007_____ be continued until _____April 9, 2007_____ at _____2:00 pm_____.

Date: _____JAN 17 2007_____

Claudia Wilken
United States District Judge

NDC-PSR-009 12/06/04