Patrick D. Robbins (State Bar No. 152288)
Mikael A. Abye (State Bar No. 233458)
Mary A. Moycik (State Bar. No. 240806)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email:   probbins@shearman.com
         mabye@shearman.com
         mary.moycik@shearman.com

Attorneys for Defendant
Michael L. Black, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR06-00701 CW |
|---|---|
| Plaintiff, | STIPULATION RE CONTINUING DATE OF JUDGMENT AND SENTENCING AND ORDER |
| v. | |
| MICHAEL L. BLACK, JR., | |
| Defendant. | |

Defendant Michael L. Black, Jr., by and through his counsel, Patrick D. Robbins; and the United States, by and through its attorney, Garth Hire, Assistant United States Attorney, hereby stipulate and agree as follows:

1. Defendant pled guilty to one count in violation of 21 U.S.C. § 841(a)(1). He is scheduled to be sentenced by the Court on April 9, 2007;

2. To facilitate defendant's eligibility for participation in the Bureau of Prisons' Residential Drug Abuse Program, he desires to attempt to resolve certain pending charges in Contra Costa County Superior Court (docket # 02-289828-6) (which were discovered as a result of U.S. Probation's pre-sentence investigation) prior to judgment and sentencing in this matter.

2. The parties and U.S. Probation also discovered, as part of U.S. Probation's pre-sentence investigation, that a California Department of Corrections-administered IQ test rated

1  Mr. Black's IQ at 60. The defense intends to seek a psychiatric evaluation of the defendant prior
2  to judgment and sentencing, and to seek to include the information derived from that evaluation in
3  the final Presentence Report presented to the Court at the time of sentencing.
4        3.    Accordingly, the parties stipulate and respectfully request that the Court
5  order that the judgment and sentence set for April 9, 2007 at 2:00 p.m. be continued until June 13,
6  2007 at 2:00 p.m., in order to provide the defense with adequate time to address the two matters
7  described above. The U.S. Probation Officer assigned to this matter has been advised of and
8  agrees to this date.
9  IT IS SO STIPULATED.
10  Dated: March __, 2007      Respectfully submitted,
11        SHEARMAN & STERLING LLP
12
13        By: _____
14           Patrick D. Robbins
            Attorneys for Defendant
            Michael L. Black, Jr.
15  Dated: March __, 2007      Respectfully submitted,
16
17        By: _____
18           Garth Hire
            Assistant United States Attorney
19
20        <u>ORDER</u>
21      FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the judgment and
22  sentence set for April 9, 2007, is continued until June 13, 2007 at 2:00 p.m.
23  IT IS SO ORDERED.
24        _[signature]_
25  Dated: March 28, 2007      _____
26        THE HONORABLE CLAUDIA WILKEN
         United States District Court Judge
27
28